# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Paul Timothy Hesla

Case No. Civil 00-1871 DDA/SRN

v.

**JUDGMENT IN A CIVIL CASE**

James Paul LeGare

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's application to proceed without prepayment of fees is denied;

2. The above action as purported to be alleged in the original complaint and in the amended complaint is dismissed, without prejudice, pursuant to 28 U.S.C. 1915(e)(B)(ii) and Fed.R.Civ.P. 12(h)(3).

DATE: September 6, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

6